UNITED STATES of America,
Plaintiff–Appellee,

v.

C. Keith LaMONDA, Defendant–
Appellant.

No. 11–13012
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 3, 2012.

Peggy Morris Ronca, Assistant U.S. Attorney, Nicole M. Andrejko, Karen L. Gable, I. Randall Gold, U.S. Attorney's Office, Orlando, FL, David Ignall, U.S. Department of Justice, Washington, DC, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office of H. Kyle Fletcher, for Defendant–Appellant.

C. Keith LaMonda, Butner, NC, pro se.

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Kyle Fletcher, appointed counsel for C. Keith LaMonda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, the district court's denial of LaMonda's motion for miscellaneous relief and its final judgment of forfeiture are **AFFIRMED**, and LaMonda's motion for the appointment of new counsel is **DENIED.**